# IN THE UNITED STATES BANKUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| Plassein International Corporation, *et al.*, ) | Case No. 03-11489 (KG) |
| (n/k/a PL Liquidation Corp.), ) | |
| ) | Jointly Administered |
| Debtors.[1] ) | |
| ) | |
| ) | |
| WILLIAM BRANDT, as he is the ) | |
| Trustee of the Estates of Plassein ) | |
| International Corp., *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. Proc. No. 05-50692 (KG) |
| ) | |
| B.A. Capital Company LP, ) | |
| The Andrew Marshall Forsberg Trust, ) | |
| Ethel Forsberg Revocable Trust, ) | |
| Janis Rae Forsberg Trust, ) | |
| Frank John McCarthy, Daniel R. Orris, ) | |
| Bernadine Orris, Charles J. Warr, ) | |
| Paul D. Gage, Stephen S. Wilson, ) | |
| G. Kenneth Pope, Jr., Kenneth Olenler, ) | |
| Daniel A. Jones, III, Sam Chebeir, ) | |
| Thomas F. Fay, Ruth L. Fischbach, ) | |
| Mark R. Freedman, Robert N. Zeitlin, ) | |
| Sidney Zeitlin, ZFC Associates, Inc., ) | |
| William G. Russell, Robert N. Zeitlin 1999 ) | |
| Charitable Remainer Unitrust, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL**

---

[1] The Debtors are Plassein International Corporation, Plassein International of Thomasville, Inc., f/k/a Rex International, Inc.; Plassein International of Ontario, LLC, f/k/a Transamerican Plastic, LLC; Plassein International of Spartanburg, Inc., f/k/a Plastical Industries Inc.; Plassein International of Martin, Inc., f/k/a Marshall Plastic Film, Inc.; Plassein International of Salem, Inc., f/k/a Key Packaging Industries Corp.; and Teno Films, Incorporated.

William Brandt, as Trustee of the Estates of Plassein International Corp., *et al.*, by and through undersigned counsel, appeals under 28 *U.S.C.* § 158(a) the order of the Honorable Kevin Gross entered in the above-captioned adversary proceeding on April 20, 2007 [D.I. No. 71; related D.I. No. 70], a copy of the order and opinion is attached hereto as Exhibit A.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| B.A. Capital Company LP | **Karen E. Wagner**<br>**Elliot Moskowitz**<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>NY, NY 10017<br>(T) 212-450-4000<br>(F) 212-450-3800<br><br>**Robert J. Stearn Jr.**<br>Richards Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(T) 302-651-7700<br>(F) 302-651-7701 |
| The Andrew Marshall Forsberg Trust;<br>Ethel Forsberg Revocable Trust;<br>Janis Rae Forsberg Trust;<br>Frank John McCarthy;<br>Daniel R. Orris;<br>Bernadine Orris. | **James A. Sarna, Esquire**<br>Sarna & Associates, PC<br>99 Main Street<br>Nyack, NY 10960<br>(T) 845-348-9822<br>(F) 845-818-4141<br><br>**Laurie Polleck**<br>Jaspan Schlesinger Hoffman<br>913 North Market Street,<br>12th Floor<br>Wilmington, DE 19801<br>302-351-8000<br>Fax : 302-351-8010 |

| Party | Counsel |
|---|---|
| Charles J. Warr;<br>Paul D. Gage;<br>Stephen S. Wilson;<br>G. Kenneth Pope, Jr.;<br>Kenneth Olenler;<br>Daniel A. Jones, III;<br>Sam Chebeir. | **Ricardo Palacio, Esq**<br>Ashby & Geddes, P. A.<br>500 Delaware Avenue,<br>8th Floor<br>Wilmington, DE 19801<br>(T) 302-654-1888<br>(F) 302-654-2067 |
| Thomas F. Fay;<br>Ruth L. Fischbach;<br>Mark R. Freedman;<br>Robert N. Zeitlin;<br>Sidney Zeitlin;<br>ZFC Associates, Inc.;<br>William G. Russell;<br>Robert N. Zeitlin 1999 Charitable Remainer Unitrust. | **Richard A. Johnston, Esq.**<br>**Mark A. Fleming, Esq.**<br>Wilmer Cutler Pickering Hale<br>   and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(T) 617-526-6000<br>(F) 617-526-5000<br><br>**Laurie Selber Silverstein**, **Esq.**<br>Potter Anderson & Corroon LLP<br>1313 N. Market St.<br>Hercules Plaza<br>6th Floor<br>Wilmington, DE 19801<br>(T) 302 984-6000<br>(F) 302-658-1192 |

[INTENTIONALLY LEFT BLANK]

Dated: April 27, 2007  
      Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Christopher P. Simon
Christopher P. Simon (No. 3697)
Amy E. Evans (No. 3829)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200

-and-

Charles R. Bennett, Jr.
HANIFY & KING, P.C.
One Beacon Street
Boston, MA 02108
(617) 423-0400

Attorneys for William Brandt, as Trustee of the Estates of Plassein International Corp., *et al.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| PLASSEIN INTERNATIONAL CORP., et al., | ) Case No. 03-11489(KG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| _____ | ) |
| | ) |
| WILLIAM BRANDT, AS HE IS THE | ) |
| TRUSTEE OF THE ESTATES OF PLASSEIN | ) |
| INTERNATIONAL CORP., et al. | ) |
| | ) |
| v. | ) Adv. Proc. No. 05-50692(KG) |
| | ) |
| B.A. CAPITAL COMPANY LP, | ) |
| THOMAS F. FAY, RUTH L. FISCHBACH, | ) |
| MARK R. FREEDMAN, ROBERT N. ZEITLIN, | ) |
| SIDNEY ZEITLIN, ZFC ASSOCIATES, INC., | ) |
| WILLIAM G. RUSSELL, ROBERT N. ZEITLIN | ) |
| 1999 CHARITABLE REMAINER UNITRUST, | ) |
| THE ANDREW MARSHALL FORSBERG | ) |
| TRUST, ETHEL FORSBERG REVOCABLE | ) |
| TRUST, JANIS RAE FORSBERG TRUST, | ) |
| FRANK JOHN MCCARTHY, DANIEL R. | ) |
| ORRIS, BERNADINE ORRIS, SAM CHEBEIR, | ) |
| CHARLES J. WARR, PAUL D. GAGE, | ) |
| STEPHEN S. WILSON, G. KENNETH POPE JR., | ) |
| KENNETH OLENLER and | ) |
| DANIEL A. JONES III, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**<u>ORDER</u>**

AND NOW, this 20th day of April, 2007, after consideration of the defendant's motions for dismissal of the plaintiffs' adversary complaint against them, for the reasons set forth in the accompanying Opinion of even date, it is hereby,

    ORDERED that the adversary proceeding is dismissed.

                                            Kevin Gross
                                            United States Bankruptcy Judge

cc:    Robert J. Stearn, Jr., Esquire
       Laurie Schenker Polleck, Esquire
       Laurie Selber Silverstein, Esquire
       Ricardo Palacio, Esquire
       Richard H. Cross, Jr., Esquire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

Case Number: _____  ◯ BK   ◯ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
      Docket Number: _____      Date Entered: _____

Item Transmitted:  ◯ Notice of Appeal        ◯ Motion for Leave to Appeal
                     ◯ Amended Notice of Appeal  ◯ Cross Appeal
                  Docket Number: _____   Date Filed: _____

*Appellant/Cross Appellant:          *Appellee/Cross Appellee
_____   _____

Counsel for Appellant:               Counsel for Appellee:
_____   _____
_____   _____
_____   _____
_____   _____

*If additional room is needed, please attach a separate sheet.*

Filing Fee paid?  ◯ Yes  ◯ No

IFP Motion Filed by Appellant?  ◯ Yes  ◯ No

Have Additional Appeals to the Same Order been Filed?  ◯ Yes  ◯ No
   If so, has District Court assigned a Civil Action Number?  ◯ Yes  ◯ No  Civil Action # _____

Additional Notes:
_____

_____     By: _____
Date                                       Deputy Clerk

_____
                                                 FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal (BAP) Number: _____
7/6/06