IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>PLASSEIN INTERNATIONAL CORP., et al.,<br><br>Debtors. | ) ) ) ) ) ) ) | Chapter<br>Case No. 03-11489 (KG)<br>Jointly Administered |
| WILLIAM BRANDT, AS HE IS THE<br>TRUSTEE OF THE ESTATES OF<br>PLASSEIN INTERNATIONAL CORP., et al.<br><br>Plaintiff,<br><br>v.<br><br>B.A. CAPITAL COMPANY LP, THOMAS F. FAY, RUTH L. FISCHBACH, MARK R. FREEDMAN, ROBERT N. ZEITLIN, SIDNEY ZEITLIN, ZFC ASSOCIATES, INC., WILLIAM G. RUSSELL, ROBERT N. ZEITLIN1999 CHARITABLE REMAINDER UNITRUST, THE ANDREW MARSHALL FORSBERG TRUST, ETHEL FORSBERG REVOCABLE TRUST, JANIS RAE FORSBERG TRUST, FRANK JOHN McCARTHY, DANIEL R. ORRIS, BERNADINE ORRIS, SAM CHEBEIR, CHARLES J. WARR, PAUL D. GAGE, STEPHEN S. WILSON, G. KENNETH POPE JR., KENNETH OLENDER and DANIEL A. JONES III,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Pro. No. 05-50692 (KG)<br>BAP0762 |

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL SUBMITTED BY KEY PACKAGING DEFENDANTS**

The Key Packaging Defendants hereby counter-designate the following items to be included in the record on appeal:

| Docket Item | Document |
|---|---|
| To be docketed | Transcript of hearing held on April 12, 2007 |
| *76 | Letter from Richard A. Johnston, Esquire to The Honorable Walter Shapero dated December 13, 2006 |
| *77 | Letter from Richard A. Johnston, Esquire to The Honorable Walter Shapero dated January 4, 2007 |

POTTER ANDERSON & CORROON LLP

*[signature]*

Laurie Selber Silverstein (DE No. 2396)
Gabriel R. MacConaill (DE No. 4734)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

- AND -

WILMER CUTLER PICKERING
HALE AND DORR LLP
Richard A. Johnston
Mark C. Fleming
Jeffrey Gleason
60 State Street
Boston, Massachusetts 02109
(617) 526-6000 (telephone)
(617) 526-5000 (facsimile)

*Attorneys For Key Packaging Defendants*

Dated: May 17, 2007

Pac#795959

---

\* These two letters were sent to Judge Shapero on the dates set forth in the letters, but were not placed on the docket at that time. Counsel for the Plaintiff/Appellant Trustee has consented to the inclusion of these letters in the record on appeal.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PLASSEIN INTERNATIONAL CORP., et al.,<br><br>　　　　　　　　Debtors.<br><br>WILLIAM BRANDT, AS HE IS THE<br>TRUSTEE OF THE ESTATES OF<br>PLASSEIN INTERNATIONAL CORP., et al.<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>B.A. CAPITAL COMPANY LP, THOMAS F. FAY, RUTH L. FISCHBACH, MARK R. FREEDMAN, ROBERT N. ZEITLIN, SIDNEY ZEITLIN, ZFC ASSOCIATES, INC., WILLIAM G. RUSSELL, ROBERT N. ZEITLIN 1999 CHARITABLE REMAINDER UNITRUST, THE ANDREW MARSHALL FORSBERG TRUST, ETHEL FORSBERG REVOCABLE TRUST, JANIS RAE FORSBERG TRUST, FRANK JOHN McCARTHY, DANIEL R. ORRIS, BERNADINE ORRIS, SAM CHEBEIR, CHARLES J. WARR, PAUL D. GAGE, STEPHEN S. WILSON, G. KENNETH POPE JR., KENNETH OLENDER and DANIEL A. JONES III,<br><br>　　　　　　　　Defendants. | Chapter 7<br>Case No. 03-11489 (KG)<br>Jointly Administered<br><br><br><br><br><br><br><br>Adv. Pro. No. 05-50692 (KG)<br>BAP 07-62 |

INDEX TO
COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD
ON APPEAL SUBMITTED BY KEY PACKAGING DEFENDANTS (D.I. 78)

| Document | Exhibit No. |
|---|---|
| Transcript of hearing held on April 12, 2007 (To Be Docketed & Ordered) | 1 |
| Letter from Richard A. Johnston, Esquire to The Honorable Walter Shapero, dated December 13, 2006 (D.I. 76, May 17, 2007) | 2 |
| Letter from Richard A. Johnston, Esquire to The Honorable Walter Shapero, dated January 4, 2007 (D.I. 77, May 17, 2007) | 3 |

Dated: May 17, 2007

POTTER ANDERSON & CORROON LLP
Laurie Selber Silverstein (DE No. 2396)
Gabriel R. MacConaill (DE No. 4734)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
Facsimile: 302) 658-1192

- AND -

WILMER CUTLER PICKERING
HALE AND DORR LLP
Richard A. Johnston
Mark C. Fleming
Jeffrey Gleason
60 State Street
Boston, Massachusetts 02109
(617) 526-6000 (telephone)
(617) 526-5000 (facsimile)

*Attorneys For Key Packaging Defendants*

Pac#796172

# TO BE DOCKETED & HAS BEEN ORDERED

## APRIL 12, 2007 Transcript

# WILMERHALE

December 13, 2006

**Richard A. Johnston**

+1 617 526 6282 (t)
+1 617 526 5000 (f)
richard.johnston@wilmerhale.com

The Honorable Walter Shapero
U.S. Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

Re: *In re Plassein International Corp.*, Case No. 03-11489 (WS), Adv. Proc. No. 05-50692 (Bankr. D. Del.)

Dear Judge Shapero:

    As counsel for Defendants Thomas F. Fay, Ruth L. Fischbach, Mark R. Freedman, Robert N. Zeitlin, Sidney Zeitlin, ZFC Associates, Inc., William G. Russell, and Robert N. Zeitlin 1999 Charitable Remainder Unitrust, all former Key Packaging Industries Corporation shareholders, we write to inform you that we join in the December 8, 2006, letter sent to you by counsel for B.A. Capital Co. LP in the above-captioned matter.

    In particular, we wish to highlight for the Court the decision in In re National Forge Co., 344 B.R. 340 (W.D. Pa. 2006), described in the aforementioned letter. As B.A. Capital points out, the District Court in that case considered and rejected the very argument that the Trustee has raised in this case – namely, that section 546(e) of the Bankruptcy Code provides less protection to transactions involving privately traded securities than it does to transactions in publicly traded securities. The District Court found, as we have argued in this case, that section 546(e) precluded avoidance of a settlement payment by or to a financial institution, a conclusion dictated by the Third Circuit's decision in In re Resorts International, 181 F.3d 505 (3d Cir. 1999).

    We respectfully submit, as B.A. Capital has done, that this Court should follow the Third Circuit in Resorts International, the District Court in National Forge, and the various other cases cited in our briefs, which compel dismissal of this case.

Yours sincerely,

*/s/ Richard A. Johnston*

Richard A. Johnston
cc:    All Counsel

       The Honorable Kevin Gross
       Delaware Chambers
       844 King Street
       2nd Floor
       Wilmington, DE 19801

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109

Baltimore  Beijing  Berlin  Boston  Brussels  London  Munich  New York  Northern Virginia  Oxford  Palo Alto  Waltham  Washington

#76
5/17/

**WILMERHALE**

Richard A. Johnston

+1 617 526 6282 (t)
+1 617 526 5000 (f)
richard.johnston@wilmerhale.com

January 4, 2007

Hon. Walter Shapero
U.S. Bankruptcy Court
211 W. Fort Street
Detroit, MI 48226

Re: In Re Plassein International Corp., et al., Case No. 03-11489 (WS),
    Adv. Proc. No. 05-50692 (WS) (Bankr. D. Del.)

Dear Judge Shapero:

We represent Thomas F. Fay, Ruth L. Fischbach, Mark R. Freedman, Robert N. Zeitlin, Sidney Zeitlin, ZFC Associates, Inc., William G. Russell, and Robert N. Zeitlin 1999 Charitable Remainder Unitrust (the "Key Packaging Defendants") in the above-captioned proceeding. The Key Packaging Defendants join B.A. Capital Company LP ("BACC") in urging you to consider In re The IT Group, Inc., No. 02-10118 (MFW), Adv. No. 04-51311 (MPW). Slip. Op. (Bankr. D. Del. Dec. 29, 2006) as further support for the defendants' motions here to dismiss the Trustee's fraudulent transfer claims.

The Key Packaging Defendants endorse the arguments set forth by BACC. In addition, the Court should note that In re Resorts International, 181 F. 3d 505 (3rd Cir. 1999) is even more dispositive of the present case than it was of IT Group, inasmuch as this case, like Resorts, involves leveraged buyout transactions, whereas IT Group did not. See Id. at 11.

Sincerely,

*[signature]*

Richard A. Johnston

RAJ:ibs

cc:   Counsel of Record

Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109
Baltimore   Beijing   Berlin   Boston   Brussels   London   New York   Oxford   Palo Alto   Waltham   Washington

#77