## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   5

IN RE: Plassein International Corporation, et al.

_____

| | | |
|---|---|---|
| William Brandt, as he is the Trustee of the Estate of Plassein International Corp., et al. | ) ) ) ) | |
| Appellant | ) | Civil Action No.   07-345 |
| v. | ) ) | |
| B.A. Capital Company LP | ) ) | |
| Appellee | ) ) | Bankruptcy Case No. 03-11489 Adversary Case No. 05-50692 Bankruptcy Appeal No. 07-62 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/20/07 was docketed in the District Court on 5/30/07:

Ordered that the adversary proceeding is dismissed.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   May 30, 2007

To:   U.S. Bankruptcy Court
         Counsel