IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | Case #: 1:07-00345 UNA |
| ) | |
| Plassein International Corporation, et al., ) | |
| (n/k/a PL Liquidation Corp.), ) | |
| ) | |
| ———————————————— ) | |
| ) | |
| WILLIAM BRANDT, as his the Trustee of ) | |
| the Estates of Plassein International Corp., et ) | Chapter 7 |
| al., ) | Case No. 03-11489 (KG) |
| ) | Jointly Administered |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| B.A. Capital Company LP, ) | |
| The Andrew Marshall Forsberg Trust, ) | Adv. Pro. No. 05-50692(KG) |
| Ethel Forsberg Revocable Trust, ) | BAP 07-62 |
| Janis Rae Forsberg Trust ) | |
| Frank John McCarthy, Daniel R. Orris, ) | |
| Bernadine Orris, Charles J. Warr, Paul D. ) | |
| Gage, Stephen S. Wilson, G. Kenneth Pope, ) | |
| Jr., Kenneth Olenler, Daniel A. Jones, III, ) | |
| Sam Chebeir, Thomas F. Fay, Ruth L. ) | |
| Fishbach, Mark R. Freedman, Robert N. ) | |
| Zeitlin, Sidney Zeitlin, ZFC Associates, Inc., ) | |
| William G. Russell, Robert N. Zeitlin 1999 ) | |
| Charitable Remainer Antitrust, ) | |
| ) | |
| Appellees. ) | |
| ) | |

**MEDIATION BYPASS - CONSENT OF ALL INTERESTED PARTIES**

On May 30, 2007 there was filed a NOTICE OF APPEAL FROM BANKRUPTCY COURT from the order entered 4./20/07 by Judge Gross in Case no. 03-11-489.

The undersigned was appointed mediator by the District Court upon the appeal of this matter according to the standing order, dated July 23, 2004, Governing Mediation of Appeals

from the United States Bankruptcy Court for this District. Based upon information from counsel for one of the parties, the mediator decided to poll counsel for the various interests in this matter.

The mediator has now heard from all parties who are in agreement, that the fundamental dispute involves a question of interpretation of law and this issue is not one which is remediable through Mediation. The parties, unanimously, believe that the dispute is one which cannot be settled absent a ruling. This presents impasse.

Mediation, under the circumstances, would be costly, ineffective and is inadvisable. Accordingly, the mediator agrees that it is inadvisable to proceed with mediation and recommends bypass of mediation.

Respectfully,

MARON MARVEL BRADLEY
& ANDERSON, P.A.

/s/ J. Richard Tucker
J. Richard Tucker
1201 N. Market Street
Suite 900
Wilmington, DE 19801
(302) 425-0177
jrt@maronmarvel.com

Dated: August 9, 2007