IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE<br>PLASSEIN INTERNATIONAL<br>CORPORATION, et al.,<br>(n/k/a PL Liquidation Corp.),<br><br>　　　　　Debtors. | Chapter 7<br><br>Bank. Case No. 03-11489-KG<br>Jointly Administered<br><br>Adv. Proc. No. 05-50692-KG |
| WILLIAM BRANDT, as he is the<br>Trustee of the Estate of<br>Plassein International<br>Corp, et al.,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>B.A. Capital Company LP,<br>The Andrew Marshall Forsberg<br>Trust, Ethel Forsberg<br>Revocable Trust, Janis Rae<br>Forsberg Trust, Frank John<br>McCarthy, Daniel R. Orris,<br>Bernadine Orris, Charles J.<br>Warr, Paul D. Gage,<br>Stephen S. Wilson,<br>G. Kenneth Pope, Jr., Kenneth<br>Olenler, Daniel A. Jones, III,<br>Sam Chebeir, Thomas F. Fay,<br>Ruth L. Fishbach, Mark R.<br>Freedman, Robert N. Zeitlin,<br>Sidney Zeitlin,<br>ZFC Associates, Inc.,<br>William G. Russell,<br>Robert N. Zeitlin 1999,<br>Charitable Remainer Antitrust,<br><br>　　　　　Appellees. | <br><br><br><br><br><br>Civil Action No. 07-345-JJF |

# O R D E R

WHEREAS, the parties agreed to bypass mediation in the above-captioned Bankruptcy Appeal, but no briefing or briefing

schedule has been submitted to the Court;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellant's Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Appellee's Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of the Opening Brief.

Appellant's Reply Brief on appeal shall be filed within **ten (10) days** of receipt of the Answering Brief.

____January 30, 2008____          _____/s/ Joseph J. Farnan_____
Date                               UNITED STATES DISTRICT JUDGE