IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PLASSEIN INTERNATIONAL CORP., et al.,<br><br>Debtors.<br><br>WILLIAM BRANDT, AS HE IS THE<br>TRUSTEE OF THE ESTATES OF<br>PLASSEIN INTERNATIONAL CORP., et al.<br><br>Appellant,<br><br>v.<br><br>B.A. CAPITAL COMPANY LP, THOMAS F. FAY, RUTH L.<br>FISCHBACH, MARK R. FREEDMAN, ROBERT N. ZEITLIN,<br>SIDNEY ZEITLIN, ZFC ASSOCIATES, INC., WILLIAM G.<br>RUSSELL, ROBERT N. ZEITLIN1999 CHARITABLE<br>REMAINDER UNITRUST, THE ANDREW MARSHALL<br>FORSBERG TRUST, ETHEL FORSBERG REVOCABLE<br>TRUST, JANIS RAE FORSBERG TRUST,<br>FRANK JOHN McCARTHY, DANIEL R. ORRIS,<br>BERNADINE ORRIS, SAM CHEBEIR, CHARLES J. WARR,<br>PAUL D. GAGE, STEPHEN S. WILSON, G. KENNETH POPE<br>JR., KENNETH OLENDER and DANIEL A. JONES III,<br><br>Appellees. | Chapter 7<br>Case No. 03-11489 (KG)<br>Jointly Administered<br><br><br><br><br><br><br><br>Civil Action No. 07-345-JJF |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Mark C. Fleming, Esquire of Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State Street, Boston, MA 02109, to represent Key Packaging Appellees in this matter.

POTTER ANDERSON & CORROON LLP

By /s/ *signature*
Laurie Selber Silverstein (DE No. 2396)
Gabriel R. MacConaill (DE No. 4734)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
lsilverstein@potteranderson.com
gmacconaill@potteranderson.com

Dated: February 27, 2008
850834/29115

*Attorneys for Key Packaging Appellees*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                                            United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: February 27, 2008        Signed: _____
                                       Mark C. Fleming
                                       Wilmer Cutler Pickering Hale and Dorr LLP
                                       60 State Street
                                       Boston, MA 02109
                                       617-526-6909 (phone)
                                       617-526-5000 (fax)
                                       mark.fleming@wilmerhale.com