## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>PLASSEIN INTERNATIONAL CORP., et al.,<br><br>Debtors. | ) ) ) ) ) ) ) ) | Chapter 7<br>Case No. 03-11489 (KG)<br>Jointly Administered<br><br>Adv. No. 05-50692 (KG) |
| WILLIAM BRANDT, AS HE IS THE<br>TRUSTEE OF THE ESTATES OF<br>PLASSEIN INTERNATIONAL CORP.,<br>et al.,<br>Plaintiff,<br><br>v.<br><br>B.A. CAPITAL COMPANY LP, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-345-JJF |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
### PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

1.      Pursuant to Local Rule 83.5 of the United States District Court for the District of Delaware, Robert J. Stearn, Jr., a member in good standing of the Bar of the State of Delaware and admitted to practice before the United States District Court for the District of Delaware, moves the admission *pro hac vice* of Elliot Moskowitz, Esquire (the "Admittee"), of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York, 10017, to represent defendant B.A. Capital Company, LP in the above-captioned proceeding.

2.      The Admittee (i) is a member in good standing of the Bar of the State of New York, (ii) is admitted to practice law before the U.S. District Courts for the Eastern and Southern Districts of New York, (iii) does not reside in Delaware, (iv) is not regularly employed in Delaware, and (v) is not regularly engaged in business, professional, or other similar activities in Delaware.

Dated: March 3, 2008
       Wilmington, Delaware

/s/ Robert J. Stearn

Robert J. Stearn, Jr. (No. 2915)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

**Counsel for Defendant**
**B.A. Capital Company, LP**

RLF1-3258756-1

3.    The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 2 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, this case as provided in Local Rule 83.6 of the United States District Court of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those rules.    In accordance with the Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: March 3, 2008
       Washington, D.C.

_____
Elliot Moskowitz, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:  (212) 450-3800


4.    Motion granted.

       Date:    _____, 2008
                Wilmington, Delaware


_____
THE HONORABLE JOSEPH J. FARNAN
UNITED STATES DISTRICT COURT JUDGE

RLF1-3258756-1