IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 03-11489 (KG) |
| PLASSEIN INTERNATIONAL CORP., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| WILLIAM BRANDT, AS HE IS THE TRUSTEE OF THE ESTATES OF PLASSEIN INTERNATIONAL CORP., et al. | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 07-345-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| B.A. CAPITAL COMPANY LP, THOMAS F. FAY, RUTH L. FISCHBACH, MARK R. FREEDMAN, ROBERT N. ZEITLIN, SIDNEY ZEITLIN, ZFC ASSOCIATES, INC., WILLIAM G. RUSSELL, ROBERT N. ZEITLIN1999 CHARITABLE REMAINDER UNITRUST, THE ANDREW MARSHALL FORSBERG TRUST, ETHEL FORSBERG REVOCABLE TRUST, JANIS RAE FORSBERG TRUST, FRANK JOHN McCARTHY, DANIEL R. ORRIS, BERNADINE ORRIS, SAM CHEBEIR, CHARLES J. WARR, PAUL D. GAGE, STEPHEN S. WILSON, G. KENNETH POPE JR., KENNETH OLENDER and DANIEL A. JONES III, | ) | |
| | ) | |
| Appellees. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jeffrey S. Gleason, Esquire of Wilmer Cutler Pickering Hale and Dorr, LLP, 60 State Street, Boston, MA 02109, to represent Key Packaging Appellees in this matter.

POTTER ANDERSON & CORROON LLP

By _____
Laurie Selber Silverstein (DE No. 2396)
Gabriel R. MacConaill (DE No. 4734)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
lsilverstein@potteranderson.com
gmacconaill@potteranderson.com

*Attorneys for Key Packaging Appellees*

Dated: March 4, 2008
850826/29115

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____          _____
                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 4, 2008     Signed: _____
Jeffrey S. Gleason
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
617-526-6329 (phone)
617-526-5000 (fax)
jeffrey.gleason@wilmerhale.com