# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 7 |
|  | ) | Case No. 03-11489 (KG) |
| PLASSEIN INTERNATIONAL CORP., et al., | ) | Jointly Administered. |
|  | ) |  |
| Debtors. | ) | Adv. Pro. No. 05-50692 (KG) |
|  | ) |  |
| WILLIAM BRANDT, AS HE IS THE | ) |  |
| TRUSTEE OF THE ESTATES OF | ) |  |
| PLASSEIN INTERNATIONAL CORP., et al. | ) |  |
|  | ) |  |
| Appellant, | ) | Civil Action No. 07-345 (JFF) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| B.A. CAPITAL COMPANY, et al. | ) |  |
|  | ) |  |
| Appellees. | ) |  |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Robert N. Zeitlin 1999 Charitable Remainder Unitrust hereby certifies that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

ROBERT N ZEITLIN 1999 CHARITABLE
REMAINDER UNITRUST

By its Attorneys,

POTTER ANDERSON & CORROON LLP

By: _____
Laurie Selber Silverstein (2396)
Gabriel R. MacConaill (4734)
1313 North Market Street, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000 (telephone)
(302) 658-1192 (facsimile)

Of Counsel:                                        WILMER CUTLER PICKERING
                                                       HALE AND DORR LLP
                                                   Richard A. Johnston
                                                   Mark C. Fleming
                                                   Jeffrey Gleason
                                                   60 State Street
                                                   Boston, Massachusetts 02109
                                                   (617) 526-6000 (telephone)
                                                   (617) 526-5000 (facsimile)

March 10, 2008

853751