**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 03-11489 (KG) |
| PLASSEIN INTERNATIONAL CORP., et al., | ) | Jointly Administered. |
| | ) | |
| Debtors. | ) | Adv. Pro. No. 05-50692 (KG) |
| | ) | |
| WILLIAM BRANDT, AS HE IS THE TRUSTEE OF THE ESTATES OF PLASSEIN INTERNATIONAL CORP., et al. | ) | |
| Appellant, | ) | Civil Action No. 07-345 (JFF) |
| v. | ) | |
| B.A. CAPITAL COMPANY, et al. | ) | |
| Appellees. | ) | |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, Appellee ZFC Associates, Inc. hereby certifies that it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

ZFC ASSOCIATES, INC.

By its Attorneys,

POTTER ANDERSON & CORROON LLP

By: /s/ Laurie Selber Silverstein
Laurie Selber Silverstein (2396)
Gabriel R. MacConaill (4734)
1313 North Market Street, 6th Floor
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000 (telephone)
(302) 658-1192 (facsimile)

Of Counsel:

WILMER CUTLER PICKERING
  HALE AND DORR LLP
Richard A. Johnston
Mark C. Fleming
Jeffrey Gleason
60 State Street
Boston, Massachusetts 02109
(617) 526-6000 (telephone)
(617) 526-5000 (facsimile)

March 10, 2008

853753