IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 03-11489 (KG) |
| PLASSEIN INTERNATIONAL CORP., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Adv. No. 05-50692 (KG) |
| | ) | |
| WILLIAM BRANDT, AS HE IS THE TRUSTEE OF THE ESTATES OF PLASSEIN INTERNATIONAL CORP., et al., | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-345-JJF |
| | ) | |
| B.A. CAPITAL COMPANY LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT B.A. CAPITAL COMPANY, LP**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant B.A. Capital Company, LP ("B.A. Capital") advises that it is indirectly wholly-owned by Bank of America Corporation ("Bank of America"), and that no parent corporation or publicly held corporation owns 10% or more of Bank of America's stock.

Dated: March 12, 2008
Wilmington, Delaware

_____
Robert J. Stearn, Jr. (No. 2915)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

RLF1-3261952-1

Karen E. Wagner
Elliott Moskowitz
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

Attorneys for B.A. Capital

## CERTIFICATE OF SERVICE

I, Robert J. Stearn, Jr., do hereby certify that on March 12, 2008, I caused a copy of the foregoing **Corporate Disclosure Statement of Defendant B.A. Capital Company, LP** to be served in the manner indicated upon the following counsel:

*Via Hand Delivery*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

Richard Palacio
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Amy E. Evans
Cross & Simon LLC
913 North Market Street
11th Floor
P. O. Box 1380
Wilmington, DE 19899

Laurie S. Polleck
Jaspan Schlessing Hoffman
913 Market Street
12th Floor
Wilmington, DE 19801

*Via First Class Mail*
Richard A. Johnston
WilmerHale
60 State Street
Boston, MA 02109

Charles R. Bennett, Jr.
Hanity & King, P.C.
One Beacon Street
Boston, MA 02108

James A. Sarna
Sarna & Associates, P.C.
99 Main Street
Nyack, NY 10960

/s/ Robert J. Stearn
Robert J. Stearn, Jr. (No. 2915)

RLF1-3262040-1