IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
| : | |
| PLASSEIN INTERNATIONAL CORP., : | Case No. 03-14489-KG |
| et al., (n/k/a PL Liquidation : | Jointly Administered |
| Corp.), : | |
| : | |
| Debtors. : | Adv. Proc. No. 05-50692-KG |
| : | |
| WILLIAM BRANDT, as he is the : | |
| Trustee of the Estates of : | |
| Plassein International Corp., : | |
| et al., : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 07-345-JJF |
| : | |
| B.A. CAPITAL COMPANY LP, : | |
| et al., : | |
| : | |
| Appellees. : | |

**FINAL ORDER**

At Wilmington, this 15 day of May 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that April 20, 2007 Order of the Bankruptcy Court is **AFFIRMED**.

_____
UNITED STATES DISTRICT JUDGE