UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>PLASSEIN INTERNATIONAL CORP., *et al.* (n/k/a PL Liquidation Corp.),<br><br>   Debtors. | Chapter 7<br><br>Bankr. Case No. 03-11489-KG<br>Jointly Administered<br><br>Adversary Proceeding<br>No. 05-50692-KG |
| WILLIAM BRANDT, as he is the Trustee of the Estates of Plassein International Corp., *et al.*,<br><br>   Appellant,<br><br>   v.<br><br>B.A. Capital Co. LP,<br>The Andrew Marshall Forsberg Trust,<br>Ethel Forsberg Revocable Trust,<br>Janis Rae Forsberg Trust,<br>Frank John McCarthy, Daniel R. Orris,<br>Bernadine Orris, Charles J. Warr,<br>Paul D. Gage, Stephen S. Wilson,<br>G. Kenneth Pope, Jr., Kenneth Olenler,<br>Daniel A. Jones, III, Sam Chebeir,<br>Thomas F. Ray, Ruth L. Fischbach,<br>Mark R. Freedman, Robert N. Zeitlin,<br>Sidney Zeitlan, ZFC Associates, Inc.,<br>William G. Russell, Robert N. Zeitlin 1999<br>Charitable Remainer Unitrust,<br><br>   Appellees. | Civil Action No. 07-345-JJF |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that William Brandt, as he is the Trustee of the Estates of Plassein International Corp., *et al.*[1], the appellant in the above-named case, by and through undersigned counsel, hereby appeals pursuant to 28 U.S.C. §158(d) to the United States Court of Appeals for the Third Circuit from the final order of the District Court entered in the above-captioned proceeding on the 15th day of May, 2008 [D.I. No. 25] affirming the April 20, 2007 Order of the Bankruptcy Court.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| B.A. Capital Company LP | Karen E. Wagner<br>Elliot Moskowitz<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>NY, NY  10017<br>(T) (212) 450-4000<br>(F) (212) 450-3800<br><br>Robert J. Stearn Jr.<br>Richard Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(T) (302) 651-7700<br>(F) (302) 651-7701 |

---

[1] The Debtors are Plassein International Corporation, Plassein International of Thomasville, Inc. f/k/a Rex International Inc.; Plassein International of Ontario, LLC, f/k/a Transamerican Plastic, LLC; Plassein International of Spartanburg, Inc. f/k/a Plastica Industries Inc.; Plassein International of Martin, Inc., f/k/a Marshall Plastic Film, Inc.; Plassein International of Salem, Inc., f/k/a Key Packaging Industries Corp.; and Teno Films, Incorporated.

| **Party** | **Counsel** |
|---|---|
| The Andrew Marshall Forsberg Trust; Ethel Forsberg Revocable Trust; Janis Rae Forsberg Trust; Frank John McCarthy; Daniel R. Orris; Bernadine Orris. | James A. Sarna, Esquire Sarna & Associates, PC 99 Main Street Nyack, NY 10960 (T) (845) 348-9822 (F) (845) 818-4141<br><br>Laurie Polleck Jaspan Schleslinger Hoffman LLP 913 North Market Street, 12th Floor Wilmington, DE 19801 (T) (302) 351-8000 (F) (302) 351-8010 |

| **Party** | **Counsel** |
|---|---|
| Charles J. Warr; Paul D. Gage; Stephen S. Wilson; G. Kenneth Pope, Jr.; Kenneth Olenler; Daniel A. Jones, III; Sam Chebeir. | Ricardo Palacio, Esq. Ashby & Geddes, P.A. 500 Delaware Avenue Wilmington, DE 19801 (T) (302) 654-1888 (F) (302) 654-2067 |

| **Party** | **Counsel** |
|---|---|
| Thomas F. Fay; Ruth L. Fischbach; Mark R. Freedman; Robert N. Zeitlin; Sidney Zeitlin; ZFC Associates, Inc.; William G. Russell; Robert N. Zeitlin 1999 Charitable Remainer Unitrust. | Richard A. Johnston, Esq. Mark A. Fleming, Esq. Wilmer Cutler Pickering Hale and Dorr LLP 60 State Street Boston, Massachusetts 02109 (T) (617) 526-6000 (F) (617) 526-5000<br><br>Laurie Selber Silverstein, Esq. Potter Anderson & Corroon LLP 1313 N. Market Street Hercules Plaza 6th Floor Wilmington DE 19801 (T) (302) 984-6000 (F) (302) 658-1192 |

| **Party** | **Counsel** |
|---|---|
| William Brandt, as Trustee of The Estates Of Plassein International Corporation, *et al.* | Christopher P. Simon (No. 3697)<br>Amy Evans (No. 3829)<br>CROSS & SIMON, LLC<br>913 N. Market St., 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899-1380<br>(T) (302) 777-4200<br><br>Charles R. Bennett, Jr.<br>HANIFY & KING<br>Professional Corporation<br>One Beacon Street<br>Boston, MA 02108<br>(T) (617) 423-0400<br>(F) (617) 423-0498 |

Dated: May 30, 2008
      Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Amy E. Evans (No. 3829)
913 N. Market St., 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
(T) (302) 777-4200

-and-

Charles R. Bennett, Jr.,
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(T) (617) 423-0400
(F) (617) 423-0498

Attorneys for William Brandt, as Trustee of The Estates of Plassein International Corp., *et al.*