UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PLASSEIN INTERNATIONAL CORP., et al. (n/k/a PL Liquidation Corp.),<br><br>Debtors.[1]<br><br>―――――――――――――――――<br><br>WILLIAM BRANDT, as he is the Trustee of the Estate of Plassein International Corp., et al.,<br><br>　　　　　Appellant,<br><br>　　　　　v.<br><br>B.A. Capital Co. LP,<br>The Andrew Marshall Forsberg Trust,<br>Ethel Forsberg Revocable Trust,<br>Janis Rae Forsberg Trust,<br>Frank John McCarthy, Daniel R. Orris,<br>Bernadine Orris, Charles J. Warr,<br>Paul D. Gage, Stephen S. Wilson,<br>G. Kenneth Pope, Jr., Kenneth Olenler,<br>Daniel A. Jones, III, Sam Chebeir,<br>Thomas F. Ray, Ruth L. Fischbach,<br>Mark R. Freedman, Robert N. Zeitlin,<br>Sidney Zeitlan, ZFC Associates, Inc.,<br>William G. Russell, Robert N. Zeitlin 1999 Charitable Remainer Unitrust,<br><br>　　　　　Appellees. | CHAPTER 7<br><br>Bankr. Case No. 03-11489-KG<br>Jointly Administered<br><br>Adversary Proceeding No.<br>05-50692-KG<br><br><br><br><br>Civil Action No. 07-345-JJF |

**AMENDED STATEMENT OF ISSUES PRESENTED ON APPEAL**

---

[1]　Additional Debtors include all of Plassein International Corp.'s wholly-owned domestic subsidiaries: Plassein International of Martin, Inc.; Plassein International of Ontario, LLC; Plassein International of Salem, Inc.; Plassein International of Spartanburg, Inc.; Plassein International of Thomasville, Inc.; and Teno Films, Inc.

William Brandt, as Trustee of the Estates of Plassein International Corp., *et al.*, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b), hereby states the issues to be presented on appeal, for the appeal filed under 28 U.S.C. § 158(d) of the order of the Honorable Joseph J. Farnan, Jr. of May 15, 2008 [Dock. No. 25; related Dock. No. 24][2] affirming the order of the Honorably Kevin Gross entered in the above-captioned adversary proceeding on April 20, 2007 [D.I. No. 71; related D.I. No. 70].

Statement of Issues Presented on Appeal

1) Whether the District Court erred in affirming the Bankruptcy Court's finding that § 546(e) of the Bankruptcy code applies to a transaction that does not involve the sale or transfer of a publicly traded security?

2) Whether the District Court erred in affirming the Bankruptcy Court's failure to find that under the plain language of §741(8) of the Bankruptcy Code, only settlement payments "commonly used in the securities trade," that is, made with respect to publicly traded securities, fall within the exception provided by §546(e) of the United States Bankruptcy Code?

3) Whether the District Court erred in affirming the Bankruptcy Court's finding that the Complaint failed to state a claim for relief because the transfers alleged were made by a non-debtor (Plassein Packaging Corp.) where the record clearly establishes that Plassein Packaging Corp. changed its name to Plassein International Corp., a debtor, upon the completion of the transaction at issue?

---

[2] "Dock. No." shall refer to the docket on appeal in this matter in the District Court and "D.I. No." shall refer to the docket in the underlying adversary proceeding in the Bankruptcy Court.

4) Whether the District Court erred in affirming the Bankruptcy Court's holding that Brandt was required to allege actual intent to defraud in order to collapse the transactions constituting a leveraged buyout and thereby state a claim under the Delaware Fraudulent Transfer Act, 6 Del. C. §§1304 and 1305?

Dated: June 19, 2008
Wilmington, Delaware

                                          CROSS & SIMON, LLC

                                          By: /s/ Kevin S. Mann
                                          Christopher P. Simon (No. 3697)
                                          Kevin S. Mann (No. 4576)
                                          913 North Market Street, 11th Floor
                                          P.O. Box 1380
                                          Wilmington, DE 19899-1380
                                          (302) 777-4200

                                                - and -

                                          Charles R. Bennett, Jr. (BBO #037380)
                                          HANIFY & KING, P.C.
                                          One Beacon Street
                                          Boston, MA 02108
                                          (617) 423-0400

                                          *Attorneys for William Brandt, as he*
                                          *is Trustee of the Chapter 7 Estates of*
                                          *PL Liquidation Corp., f/k/a Plassein*
                                          *International Corp., et al.*

## CERTIFICATE OF SERVICE

I, Kevin S. Mann, Esquire do hereby certify that on this 19th day of June, 2008, I caused copies of the *Amended Statement of Issues Presented on Appeal* to be served upon the parties listed below as indicated:

**VIA FIRST CLASS MAIL**
Karen E. Wagner
Elliot Moskowitz
Davis Polk & Wardwell
450 Lexington Avenue
NY, NY  10017

James A. Sarna, Esquire
Sarna & Associates, PC
99 Main Street
Nyack, NY  10960

Richard A. Johnston, Esq.
Mark A. Fleming, Esq.
Wilmer Cutler Pickering Hale Dorr LLP
60 State Street
Boston, Massachusetts  02109

**VIA HAND DELIVERY**
Robert J. Stearn Jr.
Richard Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Laurie Polleck
Jaspan Schleslinger Hoffman LLP
913 North Market Street,
12th Floor
Wilmington, DE  19801

Ricardo Palacio, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue
Wilmington, DE  19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington DE  19801

Kevin S. Mann (DE Bar No. 4576)