IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter |
| | ) | Case No. 03-11489 (KG) |
| PLASSEIN INTERNATIONAL CORP., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| WILLIAM BRANDT, AS HE IS THE TRUSTEE OF THE ESTATES OF PLASSEIN INTERNATIONAL CORP., et al. | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 05-50692 (KG) |
| | ) | BAP0762 |
| v. | ) | |
| | ) | |
| B.A. CAPITAL COMPANY LP, THOMAS F. FAY, RUTH L. FISCHBACH, MARK R. FREEDMAN, ROBERT N. ZEITLIN, SIDNEY ZEITLIN, ZFC ASSOCIATES, INC., WILLIAM G. RUSSELL, ROBERT N. ZEITLIN1999 CHARITABLE REMAINDER UNITRUST, THE ANDREW MARSHALL FORSBERG TRUST, ETHEL FORSBERG REVOCABLE TRUST, JANIS RAE FORSBERG TRUST, FRANK JOHN McCARTHY, DANIEL R. ORRIS, BERNADINE ORRIS, SAM CHEBEIR, CHARLES J. WARR, PAUL D. GAGE, STEPHEN S. WILSON, G. KENNETH POPE JR., KENNETH OLENDER and DANIEL A. JONES III, | ) | Civil Action No. 07-345-JJF |
| | ) | RE: D.I. 29 |
| Defendants. | ) | |

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL SUBMITTED BY KEY PACKAGING DEFENDANTS**

The Key Packaging Defendants hereby counter-designate the following items from the underlying adversary proceeding before the Bankruptcy Court for the District of Delaware, that were previously designated in the appeal to the District Court for the District of Delaware [D.I. 4], to be included in the record on appeal to the United States Court of Appeals for the Third Circuit:

| Docket Item | Document |
|---|---|
| 76 | Letter from Richard A. Johnston, Esquire to The Honorable Walter Shapero dated December 13, 2006 |

77          Letter from Richard A. Johnston, Esquire to The Honorable Walter Shapero dated January 4, 2007

Dated: June 20, 2008

          POTTER ANDERSON & CORROON LLP

          /s/ Gabriel R. MacConaill

          Laurie Selber Silverstein (DE No. 2396)
          Gabriel R. MacConaill (DE No. 4734)
          Hercules Plaza, 6th Floor
          1313 N. Market Street
          Wilmington, DE 19899-0951
          Telephone: (302) 984-6000
          Facsimile: (302) 658-1192

          - and -

          WILMER CUTLER PICKERING
          HALE AND DORR LLP
          Richard A. Johnston
          Mark C. Fleming
          Jeffrey Gleason
          60 State Street
          Boston, Massachusetts 02109
          (617) 526-6000 (telephone)
          (617) 526-5000 (facsimile)

          *Attorneys For Key Packaging Defendants*

Pac#870728